IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles J. and
Therese A. Thurston,

    **Plaintiffs,**

v.                                                                            Case No. C1 02 363

United States of America,

                                                **MAGISTRATE JUDGE HOGAN**

    **Defendant.**

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

Charley Hess hereby gives notice of his appearance as counsel for plaintiffs in the within action. Please serve upon him all future pleadings, motions, orders, entries, notices, and documents at the address beneath his name below.

_____
CHARLEY HESS, ESQ.
Ohio Sup. Ct. Regis. No. 0023350
Trial Attorney for Plaintiffs
1520 Old Henderson Road
Suite 102A
Columbus, Ohio 43220
(614) 442-5800
(614) 442-5802 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has served by ordinary U.S. Mail this 3rd day of Nov, 2003, upon the following:

Michael Davis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office 55
Ben Franklin Station
Washington, D.C. 20044

_____
Charley Hess