IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles J. and
Therese A. Thurston,

**Plaintiffs,**

v.                                                         Case No. C1 02 363

United States of America,

**Defendant.**                                    **MAGISTRATE JUDGE HOGAN**

### STIPULATION TO EXTENSION OF
### DISCOVERY CUT OFF
### AND
### DISPOSITIVE MOTION DATES

The discovery cut off date in this case is November 3, 2003. The date by which the parties have to file dispositive motions is December 3, 2003. The final pretrial conference is April 5, 2004, and the trial date is May 3, 2004.

Plaintiffs have retained counsel as of November 1, 2003, and he has now entered an appearance on their behalf by way of Notice filed November 3, 2003. The delay in completing discovery is due, in part, to the fact that plaintiffs' former counsel, who had possession of their files for about five (5) or six (6) months but had not entered an appearance, had not notified plaintiffs until on or about October 17, 2003, that he did not intend to enter an appearance; that he had not done any discovery; and that plaintiffs should obtain other counsel.

As a result, the parties hereto hereby stipulate to an extension of both the discovery cut off and the dispositive motion dates for seventy-five (75) days or until and including January 17, 2004, for the discovery cut off date, and February 16, 2004, as the dispositive motion date.

The parties do not anticipate at this time requesting a continuance of either the pretrial or the trial dates.

_____
Charley Hess, Esq.
Ohio Sup. Ct. Regis. No. 0023350
Trial Attorney for Plaintiffs
1520 Old Henderson Road
Suite 102A
Columbus, Ohio 43220
(614) 442-5800
(614) 442-5802 Fax

_____
Michael Davis, Esq.           Mike Davis by CH. per
Trial Attorney, Tax Division   his auth
U.S. Department of Justice
Post Office 55                 11-3-03
Ben Franklin Station
Washington, D.C. 20044

2