FILED
JAMES BONINI
CLERK

04 JAN 12 PM 1:43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles J. and
Therese A. Thurston,

**Plaintiffs,**

v.                                                                  Case No. C1 02 363

United States of America,

**MAGISTRATE JUDGE HOGAN**

**Defendant.**

### MOTION OF PLAINTIFFS FOR AN ORDER THAT
### THEY BE PERMITTED TO RESPOND TO REQUEST FOR ADMISSIONS
### OUT OF RULE

Counsel for plaintiffs entered the case on November 3, 2003, by way of Notice of Appearance filed that day. Just prior to the recent Holiday Season, counsel for plaintiffs received from their former counsel his complete file and related materials. After counsel's review of the same, it appears that plaintiffs either failed to respond to the United States' First Request for Admissions OR they were served but for some reason counsel for the United States doe not have them. Counsel's above statement is made because of his discovery in the file materials of what appears to be plaintiffs' Response to the United States' First Request for Admissions. A copy is attached hereto, and the purported date of service is February 6, 2003. At that time, plaintiffs were represented by yet another attorney who signed the Response.

Since plaintiffs feel comfortable with the content of the Responses, they request leave to re-serve upon defense counsel the attached Response to the United States' First Request for Admissions or, if the attached Response has never been served, they request leave to serve it.

For the foregoing reasons, plaintiffs request that the Court permit the attached Response to the United States' First Request for Admissions to be served out-of-rule or re-served upon defense counsel so that plaintiffs are not "stuck" with the Admissions being deemed admitted to be true.

                                                            _____
                                                            Charley Hess, Esq.
                                                            Ohio Sup. Ct. Regis. No. 0023350
                                                            Trial Attorney for Plaintiffs
                                                            1520 Old Henderson Road
                                                            Suite 102A
                                                            Columbus, Ohio 43220
                                                            (614) 442-5800
                                                            (614) 442-5802 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has served by ordinary U.S. Mail this ___ day of _____ 2004, upon the following:

Michael Davis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office 55
Ben Franklin Station
Washington, D.C. 20044

                                                            _____
                                                            Charley Hess