UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHARLES J. THURSTON, and | ) | |
| THERESE A. THURSTON, | ) | |
| | ) | |
|     Plaintiffs/Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | Civil No. C-1-02-363 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Timothy S. Hogan |
| | ) | |
|     Defendant/Counter-claim Plaintiff. | ) | |

**SUBSTITUTED NOTICE OF APPEARANCE**

PLEASE NOTE that Michael W. Davis, Trial Attorney, Tax Division, United States Department of Justice, has been substituted for Elizabeth Lan as counsel for the United States in the above captioned case. Please direct all future correspondence to Michael W. Davis, Trial Attorney, Tax Division, United States Department of Justice, P.O. Box 55, Washington, D.C. 20044.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        JAN M. HOLTZMAN
        Assistant U.S. Attorney

        / s/ Michael W. Davis
        MICHAEL W. DAVIS
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Washington, D.C. 20044
        Telephone: (202) 307-6010
        Fax: (202) 514-5238
        E-mail: Michael.W.Davis@usdoj.gov

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing has this 4th day of February, 2004, been made upon the following by depositing a true copy thereof in the United States mail, postage prepaid, addressed to: Charley Hess, Esquire, 1520 Old Henderson Road, Suite 102A, Columbus, Ohio 43220.

    / s/ Michael W. Davis
MICHAEL W. DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-6010
Fax: (202) 514-5238
E-mail: Michael.W.Davis@usdoj.gov