UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles J. Thurston, et al.,
    Plaintiffs,

v.                                 Case No. C-1-02-363
                                      (Hogan, M.J.)

United States of America,
    Defendant.

## CALENDAR ORDER

This case shall proceed as follows:

1. Discovery deadline: **March 31, 2004***

2. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

3. Final pretrial conference: **September 3, 2004, at 2:00 pm**

4. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

5. Jury Trial: **October 4, 2004, at 9:30 am**

IT IS SO ORDERED.

Date  2/5/2004                         s/Timothy S. Hogan
bac    February 9, 2004            Timothy S. Hogan
                                        United States Magistrate Judge

*Discovery shall be complete by this date.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.