**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

04 FEB -9 PM 2:56

Charles J. and
Therese A. Thurston,

   **Plaintiffs,**

v.             **Case No.  C1 02 363**

United States of America,

   **Defendant.**      **MAGISTRATE JUDGE HOGAN**

**NOTICE OF WITHDRAWAL**
**OF**
**MOTION OF PLAINTIFFS FOR AN ORDER THAT**
**THEY BE PERMITTED TO RESPOND TO REQUEST FOR ADMISSIONS**
**OUT OF RULE**

   Plaintiffs hereby give notice that they withdraw their motion that they be permitted to

respond out-of-rule to defendant's Requests for Admission as defendant has acknowledged that

the same were responded to timely by plaintiffs' former counsel.  Therefore, plaintiffs' motion in

that regard is now moot.

Charley Hess, Esq.
Ohio Sup. Ct. Regis. No. 0023350
Trial Attorney for Plaintiffs
1520 Old Henderson Road
Suite 102A
Columbus, Ohio  43220
(614) 442-5800
(614) 442-5802 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has served by ordinary U.S. Mail this _6th_ day of _Feb_, 2004, upon the following:

Michael Davis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office 55
Ben Franklin Station
Washington, D.C. 20044

Charley Hess

2