EXHIBIT NO. # A

*IRS Transcript page 1*

PAGE NO-0001                                            IRS EMPLOYEE 3150314440

DATE REQUESTED 07-27-2001                               PRINT DATE 07-27-2001

FORM NUMBER: 1040                                       TAX PERIOD: DEC 1994

            TAXPAYER IDENTIFICATION NUMBER: ■■■-8426
         ** SPOUSE TAXPAYER IDENTIFICATION NUMBER: ■■■-0291

    CHARLES J & THERESE ANN THURSTON
    427 OAK LN
    KINGSTON            OH 45644-9562-276        BODC-SB BODCLC-

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:         29,100.64-
    ACCRUED INTEREST:             0.00    AS OF 06-11-2001
    ACCRUED PENALTY:              0.00    AS OF 06-11-2001

    ACCOUNT BALANCE
      PLUS ACCRUALS:         29,100.64-

 ** EXEMPTIONS: 04                      **FILING STATUS: MARRIED FILING JOINT
 ** ADJUSTED GROSS INCOME:   67,565.00
 ** TAXABLE INCOME:          25,238.00
    TAX PER RETURN:          38,895.00
 ** SE TAXABLE INCOME TAXPAYER:  60,600.00
 ** SE TAXABLE INCOME SPOUSE:    23,730.00
 ** TOTAL SELF EMPLOYMENT TAX:   13,003.00

 ** PER RETURN OR AS ADJUSTED

**01-31-1997 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
  03-17-1997 PROCESSING DATE

                              TRANSACTIONS
                                                         MONEY AMOUNT
                                              DATE       (IF APPLICABLE)
  CODE        EXPLANATION
  150  RETURN FILED AND TAX ASSESSED        03-17-1997      38,895.00
  430  ESTIMATED TAX DECLARATION            01-02-1995      20,000.00-
  460  EXTENSION OF TIME FOR FILING 08-15-1995  04-15-1995
  460  EXTENSION OF TIME FOR FILING 08-15-1995  08-15-1995
  460  EXTENSION OF TIME FOR FILING 10-15-1995  04-15-1995
  960  RECEIVED POA/TIA                     05-28-1996
  166  LATE FILING PENALTY                  03-17-1997       4,251.38
  276  PENALTY FOR LATE PAYMENT OF TAX      03-17-1997       2,267.40
  196  INTEREST ASSESSMENT                  03-17-1997       4,122.84
  706  CREDIT APPLIED                       03-17-1997         944.75-
         FROM FORM 1040  TAX PERIOD DEC 1993  01-22-1996    22,797.64-
  706  CREDIT APPLIED
         FROM FORM 1040  TAX PERIOD DEC 1993  03-17-1997     1,599.19
  706  CREDIT APPLIED
         FROM FORM 1040  TAX PERIOD DEC 1993

*************CONTINUED ON NEXT PAGE*************

*IRS Transcript page 2*

PAGE NO-0002                                                          IRS EMPLOYEE 3150314440

| Code | Description | Date | Amount |
|---|---|---|---|
| 706 | CREDIT APPLIED | 07-26-1996 | 348.74- |
| 277 | ABATEMENT OF PENALTY FOR LATE PAYMENT OF TAX | 05-05-1997 | 1,322.65- |
| 197 | ABATEMENT OF INTEREST | 05-05-1997 | 2,439.28- |
| 846 | REFUND OF OVERPAYMENT | 05-05-1997 | 15.75 |
| 776 | INTEREST APPLIED TO ACCOUNT | 05-05-1997 | 0.12 |
| 740 | UNDELIVERED REFUND CHECK REDEPOSITED | 05-05-1997 | 15.75- |
| 777 | REVERSAL OF INTEREST APPLIED TO ACCOUNT | 05-05-1997 | 0.12- |
| 846 | REFUND OF OVERPAYMENT | 08-24-1998 | 15.75 |
| 776 | INTEREST APPLIED TO ACCOUNT | 08-24-1998 | 0.12- |
| 962 | UPDATED POA/TIA | 09-29-1998 | |
| 740 | UNDELIVERED REFUND CHECK REDEPOSITED | 08-24-1998 | 15.75- |
| 777 | REVERSAL OF INTEREST APPLIED TO ACCOUNT | 08-24-1998 | 0.12 |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 960 | RECEIVED POA/TIA | 02-28-2000 | |
| 290 | ADDITIONAL TAX ASSESSMENT | 03-06-2000 | 11,033.00 |
| 190 | INTEREST ASSESSMENT | 03-06-2000 | 5,726.65 |
| 290 | ADDITIONAL TAX ASSESSMENT | 06-05-2000 | 0.00 |
| 706 | CREDIT APPLIED FROM FORM 1040   TAX PERIOD DEC 1996 | 03-06-2000 | 3,506.07- |
| 706 | CREDIT APPLIED FROM FORM 1040   TAX PERIOD DEC 1996 | 11-25-1997 | 11,017.37- |
| 197 | ABATEMENT OF INTEREST | 12-11-2000 | 2,220.59- |
| 962 | UPDATED POA/TIA | 12-06-2000 | |
| 291 | ABATEMENT OF PRIOR TAX ASSESSMENT | 02-05-2001 | 11,033.00- |
| 701 | REVERSAL OF CREDIT APPLIED TO FORM 1040   TAX PERIOD DEC 1996 | 11-25-1997 | 11,017.37 |
| 701 | REVERSAL OF CREDIT APPLIED TO FORM 1040   TAX PERIOD DEC 1996 | 03-06-2000 | 3,506.07 |
| | LATE FILING PENALTY | 02-05-2001 | 94.47 |
| | ABATEMENT OF INTEREST | 02-05-2001 | 3,458.04- |
| | CREDIT APPLIED FROM FORM 1040   TAX PERIOD DEC 1996 | 11-25-1997 | 126.87- |
| 197 | ABATEMENT OF INTEREST | 02-05-2001 | 29.55- |
| 846 | REFUND OF OVERPAYMENT | 02-05-2001 | 31.96 |
| 776 | INTEREST APPLIED TO ACCOUNT | 02-05-2001 | 2.41- |
| 291 | ABATEMENT OF PRIOR TAX ASSESSMENT | 02-12-2001 | 22,108.00- |
| 167 | ABATEMENT OF LATE FILING PENALTY | 02-12-2001 | 4,345.85- |
| 277 | ABATEMENT OF PENALTY FOR LATE PAYMENT OF TAX | 02-12-2001 | 944.75- |
| 197 | ABATEMENT OF INTEREST | 02-12-2001 | 1,702.04- |
| 290 | ADDITIONAL TAX ASSESSMENT | 03-12-2001 | 0.00 |
| 846 | REFUND OF OVERPAYMENT | 03-12-2001 | 38,245.46 |
| 776 | INTEREST APPLIED TO ACCOUNT | 03-12-2001 | 9,144.82- |
| 841 | CANCELLED REFUND CHECK | 03-12-2001 | 38,245.46- |
| 777 | REVERSAL OF INTEREST APPLIED TO ACCOUNT | 03-12-2001 | 9,144.82 |

EXHIBIT NO. # B

**Form 1040X**
(Rev. October 1994)

Department of the Treasury — Internal Revenue Service

**Amended U.S. Individual Income Tax Return**
► See separate instructions.

OMB No. 1545-0091

This return is for calendar year ► 19 94 , OR fiscal year ended ► _____ , 19 ____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| CHARLES J | THURSTON | ███-██-8426 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
|---|---|---|
| THERESE A | THURSTON | ███-██-0291 |

Home address (number and street). If you have a P.O. box, see instructions. — Apt. no. — Telephone number (optional)
427 OAK LANE

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
KINGSTON        OH    45644

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Name & addr. as shown on original rtrn. If same as above, write "Same." If changing from sep. to joint, enter names & addresses from original rtrns
SAME

| A Service center where original return was filed | B Has original return been changed or audited by the IRS?......... ☐ Yes ☒ No |
|---|---|
| Cincinnati | If "No," have you been notified that it will be?............ ☐ Yes ☒ No |
|  | If "Yes," identify the IRS office ► |

C If you are amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered, attach Form 8271, Investor Reporting of Tax Shelter Registration Number, and check here ............................................................ ► ☐

D Filing status claimed. Note: You cannot change from joint to separate returns after the due date has passed.
On original return ► ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ► ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

| | Income and Deductions (see instructions) USE PART II ON PAGE 2 TO EXPLAIN ANY CHANGES | | A. As originally reported or as previously adjusted (see instructions) | B. Net change -- Increase or (Decrease) -- explain on page 2 | C. Correct amount |
|---|---|---|---|---|---|
| | 1 Adjusted gross income (see instructions) .................. | 1 | 151,581. | -84,016. | 67,565. |
| | 2 Itemized deductions or standard deduction............... | 2 | 29,303. | 3,224. | 32,527. |
| | 3 Subtract line 2 from line 1 ................................... | 3 | 122,278. | -87,240. | 35,038. |
| | 4 Exemptions. If changing, fill in Parts I and II on page 2 ..... | 4 | 9,800. | 0. | 9,800. |
| | 5 Taxable income. Subtract line 4 from line 3 ............... | 5 | 112,478. | -87,240. | 25,238. |
| Tax Liabil-ity | 6 Tax (see instructions). Method used in col. C Tax Table | 6 | 27,173. | -23,389. | 3,784. |
| | 7 Credits (see instructions)................................... | 7 | 0. | 0. | 0. |
| | 8 Subtract line 7 from line 6. Enter the result but not less than zero.... | 8 | 27,173. | -23,389. | 3,784. |
| | 9 Other taxes (such as self-employment tax, alternative min. tax, etc.).. | 9 | 11,722. | 1,281. | 13,003. |
| | 10 Total tax. Add lines 8 and 9 ................................ | 10 | 38,895. | -22,108. | 16,787. |
| Pay-ments | 11 Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions........ | 11 | 0. | 0. | 0. |
| | 12 Estimated tax payments..................................... | 12 | 20,000. | 0. | 20,000. |
| | 13 Earned income credit ....................................... | 13 | 0. | 0. | 0. |
| | 14 Credits for Fed. tax paid on fuels, regulated investment company, etc. | 14 | 0. | 0. | 0. |
| | 15 Amount paid with Form 4868, Form 2688, or Form 2350 (application for extension of time to file)............. | | | 15 | 25,790. |
| | 16 Amount of tax paid with original return plus additional tax paid after it was filed ............................ | | | 16 | 0. |
| | 17 Total payments. Add lines 11 through 16 in column C........................... | | | 17 | 45,790. |

**Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS ..................... | | 18 | 0. |
| 19 Subtract line 18 from line 17 (see instructions) ............................................................. | | 19 | 45,790. |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions..... | | 20 | 0. |
| 21 If line 10, column C, is less than line 19, enter the difference................................................ | | 21 | 29,003. |
| 22 Amount of line 21 you want REFUNDED TO YOU....................................................... | | 22 | 29,003. |
| 23 Amount of line 21 you want APPLIED TO YOUR 19__ ESTIMATED TAX . | 23 | 0. | |

**Sign Here**
Keep copy of return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► [signature]   1/31/00         ► [signature]   1-31-00
Your signature          Date              Spouse's signature. If joint, BOTH must sign.   Date

**Paid Preparer's Use Only**

| Preparer's signature ► [signature] | Date 1-31-00 | Check if self-employed ☒ | Preparer's SSN ███-██-6629 |
|---|---|---|---|
| Firm's name (or yours if self-employed) & addr. | MANSOUR'S CONSULTING CPA FIRM 7248 BASSWOOD DR. WEST CHESTER      OH | E.I. No. 31-1241080 ZIP code 45069 | |

E.1p1

Form 1040X (Rev. 10-94)  C THURSTON  SSN: ▇▇▇▇▇8426  Page 2

### Part II — Exemptions. See Form 1040 or Form 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 24-30 and, if applicable, line 31.
If claiming fewer exemptions, complete lines 24-29.

| Line | Description | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|
| 24 | Yourself and spouse | 2. | 0. | 2. |
| 25 | Your dependent children who lived with you | 2. | 0. | 2. |
| 26 | Your dependent children who did not live with you due to divorce or separation | 0. | 0. | 0. |
| 27 | Other dependents | 0. | 0. | 0. |
| 28 | Total number of exemptions. Add lines 24 through 27 | 4. | 0. | 4. |

29 Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 4.

| Tax Year | Exemption Amount | But see the instructions if the amount on line 1 is over: |
|---|---|---|
| 1994 | $2,450 | $83,850 |
| 1993 | 2,350 | 81,350 |
| 1992 | 2,300 | 78,950 |
| 1991 | 2,150 | 75,000 |

| 29 | 9,800. | 0. | 9,800. |

30 Dependents (children and other) not claimed on original return:

| (a) Name (first, initial, and last name) | (b) Check if under age 1 | (c) If age 1 or older, enter dependent's social security number | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

No. of your children on line 30 who lived with you ► 0
No. of your children on line 30 who didn't live with you due to divorce or separation (see instructions) ► 0
No. of dependents on line 30 not entered above ► 0

31 If your child listed on line 30 didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ►

### Part III — Explanation of Changes to Income, Deductions, and Credits

Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. If you don't, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ►

NO. 1. TO 10.  SEE ATTACHED EXPLANATIONS  FOR ALL IEMS, and.

ATTACHED .ARE CORRECTED COPIES OF THE FOLLOWING :

SCHEDULE -A, FOR CHARKES THURSTON , SCHEDULE, C-1; C-2; C-3;

AND C-4, FOR THE CORRECDT REPORTING OF THE BUSINESSES.

SCHEDULE C FOR THERE THURSTON - ORIGINALLY OMITTED; SCHED. E

AND SCHED. SE, CORRECTED FORM 4562 FOR  C-1, C-2.  AND

SUPPLEMENTED LINE NUMBER ITEM EXPLANATION .

### Part IV — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $3 go to the fund but now want to, check here ►
If a joint return and your spouse did not previously want to have $3 go to the fund but now wants to, check here ►

4733  1040X12  NTF 8445
Copyright Forms Software Only, 1994 Nelco, Inc.  N94X2

E11 p2

EXHIBIT NO. # C

**Department of the Treasury**
**Internal Revenue Service**

CINCINNATI, OH 45999

In reply refer to: 1757730798
May 23, 2000   LTR 105C
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  199412 30 000  2
                            00214

*[handwritten: See Notes @ p.3 - For Contact Info]*
*[handwritten: ("Notice Disputed As Erroneous")]*
*[stamp: RECEIVED 5-24-00]*

CHARLES J & THERESE ANN THURSTON
% JOSEPH B MANSOUR CPA
MANSOURS CONSULTING ETAL
7248 BASSWOOD DRIVE
WEST CHESTER  OH  45069

*[handwritten notes in right margin:]*
*JBM Notes*
*legal authority for Timely filing/under Timely Mailing I.R.C. Sect. 7502(a)*
*notes Original Ret. filed 1-31-97*
*1040-X filed 1-31-00*
*This is 3yr/within Code sec 7502(a) & Reg. Sec. 301.7502-1(c)*
*Date of Postmark controls under Timely Mailed Timely Filed Rule*

CERTIFIED MAIL

Taxpayer Identification Number: ■■■■-8426
              Kind of Tax: 1040X
         Amount of Claim(s): $   29,003.00
      Date Claim(s) Received: Feb. 04, 2000
              Tax Period(s): Dec. 31, 1994

Dear Mr. & Mrs. Thurston:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

We can't allow a claim for credit or refund if you file the claim more than 3 years after you file the return, or two years after you pay the tax, whichever is later.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

*[handwritten: Exp.1]*

Department of the Treasury
Internal Revenue Service

```
                                               1757730798
May  23, 2000    LTR 105C
         8426    199412 30 000    2
                                               00215
```

CHARLES J & THERESE ANN THURSTON
% JOSEPH B MANSOUR CPA
MANSOURS CONSULTING ETAL
7248 BASSWOOD DRIVE
WEST CHESTER  OH  45069

> "Under penalties of perjury, I declare that the facts
> presented in my written appeal are, to the best of my
> knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you. To
have someone represent you, attach Form 2848, Power of Attorney and
Declaration of Representative, (or similar written authorization) to
your written statement.

If your authorized representative prepares the written statement, he
or she should include a declaration stating that he or she prepared
the written statement and accompanying documents and whether he or
she knows personally that the protest and accompanying documents are
true and correct.

Please mail your request for an appeal to the address shown on this
letter.

If you have any questions, please call Mr. Kelsey at
859-292-5288 between the hours of 8:00 AM and
3:00 PM.  If the number is outside your local calling area,
there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

E2p2

05/20/02  MON 11:26  [TX/RX NO 8373]

EXHIBIT
NO. D

Internal Revenue Service

# MEMORANDUM

**date:**

**to:** Chief Examination Division, Ohio District E:
Thru Chief, Quality Measurement Staff E:QMS

**from** James Gutzwiller
Associate Chief Appeals, Cincinnati, Ohio

**subject:** Charles J. & Theresa Thurston
■■■■8426
1994 & 1995 Claim

Jurisdiction Released

Note: The taxpayer received a formal notice of claim disallowance dated May 23, 2000 for 1994 and July 26, 2000 for 1995. The refunds if allowable must be issued within two years of the above dates or the taxpayer must file suit in Court of Claims or US District Court to protect the statute.

We are returning the above named files for whatever action you deem appropriate.

The case involves a claim for refund for 1994 in the amount of $29,003. We have determined that the maximum refund available for 1994 is $25,790.32 based on IRC 6511(b)(2)(A). The 1995 claim involves a requested refund of $33,885. These refunds are based on expenses allegedly omitted from the original returns and a reallocation of income and expenses between different businesses.

The expenses claimed by the taxpayer in the amended returns and have not been reviewed by examination. It is our opinion that examination should review these expenses before any refund is issued to determine the accuracy of the amounts claimed.

If you have any question please call Fred Swinford of my staff at 513-684-3395.

513-779-6060
To Joe M.
Here is the memo. Cases left appeals in October 20, 2000.
Fred Swinford



Department of the Treasury
Internal Revenue Service
CINCINNATI, OH   45999

Date of this notice:   FEB. 12, 2001
Taxpayer Identifying Number  -8426
Form:   1040     Tax Period:   DEC. 31, 1994



For assistance you may call us at:

1-800-829-8815

CHARLES J THURSTON
JOSEPH B MANSOUR CPA
7248 BASSWOOD DRIVE
WEST CHESTER OH   45069

FOR ACCOUNT OF CHARLES J & THERESE ANN THURSTON
WE CHANGED YOUR ACCOUNT

AS YOU REQUESTED, WE CHANGED YOUR ACCOUNT FOR 1994 TO CORRECT YOUR BUSINESS INCOME (OR LOSS), SELF-EMPLOYMENT TAX, AND SCHEDULE A.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

STATEMENT OF ACCOUNT

| | |
|---|---|
| ACCOUNT BALANCE BEFORE THIS CHANGE | NONE |
| DECREASE IN TAX BECAUSE OF THIS CHANGE | $22,108.00CR |
| THE FILING LATE PENALTY THAT WAS PREVIOUSLY CHARGED HAS BEEN REDUCED | 4,345.85CR |
| THE LATE PAYMENT PENALTY THAT WAS PREVIOUSLY CHARGED HAS BEEN REDUCED | 944.75CR |
| DECREASE IN INTEREST PREVIOUSLY CHARGED * | 1,702.04CR |
| AMOUNT TO BE REFUNDED TO YOU IF YOU OWE NO OTHER TAXES OR OTHER DEBTS WE ARE REQUIRED TO COLLECT | $29,100.64 |

WE WANTED TO ENSURE THAT BOTH YOU AND YOUR SPOUSE RECEIVE THIS NOTICE, SO WE'VE SENT A COPY TO EACH OF YOU. EACH COPY CONTAINS THE SAME INFORMATION RELATED TO YOUR JOINT ACCOUNT. ANY AMOUNT YOU OWE OR BALANCE DUE SHOWN SHOULD BE PAID ONLY ONCE. WE WILL ISSUE ANY REFUND SHOWN ONLY ONCE.

YOU MAY HAVE ALREADY RECEIVED THIS CHECK. IF NOT, PLEASE ALLOW 2 WEEKS FOR IT TO BE MAILED TO YOU, UNLESS THERE ARE OTHER MATTERS PENDING WHICH COULD POSTPONE YOUR REFUND.

THIS IS A RESULT OF YOUR CORRESPONDENCE OF JAN. 31, 2000.

* IF THIS INTEREST WAS PREVIOUSLY TAKEN AS A DEDUCTION, IT MUST NOW BE REPORTED AS INCOME ON YOUR NEXT INCOME TAX RETURN.

PAGE 1

05/20/02 MON 11:26 [TX/RX NO 8373]