**EXHIBIT** G

**SCHEDULE C (Form 1040)** — Profit or Loss From Business (Sole Proprietorship) **E-4**

▶ Partnerships, joint ventures, etc., must file Form 1065.
▶ Attach to Form 1040 or Form 1041. ▶ See instructions for Schedule C (Form 1040).

Department of the Treasury — Internal Revenue Service

OMB No. 1545 — **1993** — 09

*Audited*

Name of proprietor: **CHARLES J THURSTON** — Social Security Number (SSN): ...8426

A. Principal business or profession, including product or service: **SALES, MANAGEMENT, MARKETING, CONSULTING SERVICE**

B. Enter principal business code ▶ 7266

C. Business name: **THURSTON S.M.& M. CONSULTING** — D. Employer ID no. (EIN): 00 0000000

E. Business address: **427 OAK LANE** — City: **KINGSTON** OH 45644

F. Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other

G. Method(s) used to value closing inventory: (1) ☐ Cost (2) ☐ Lower of cost or market (3) ☐ Other (4) ☐ Does not apply

H. Was there any change in determining quantities, costs, or valuations...? ☐ Yes ☐ No

I. Did you 'materially participate' in the operation of this business during 1993? ☒

J. If you started or acquired this business during 1993, check here ▶ ☐

## Part I — Income

| | | |
|---|---|---|
| 1 Gross receipts or sales | 1 | 188,823. |
| 2 Returns and allowances | 2 | |
| 3 Subtract line 2 from line 1 | 3 | 188,823. |
| 4 Cost of goods sold | 4 | |
| 5 Gross profit | 5 | 188,823. |
| 6 Other income | 6 | |
| 7 Gross income. Add lines 5 and 6 | 7 | 188,823. |

## Part II — Expenses

| | | | | |
|---|---|---|---|---|
| 8 Advertising | 8 | | 19 Pension and profit-sharing plans | 19 |
| 9 Bad debts | 9 | | 20 Rent or lease: | |
| 10 Car and truck expenses | 10 | 8274/ 8,274. | 20a Vehicles, machinery, and equipment | |
| 11 Commissions and fees | 11 | | 20b Other business property | |
| 12 Depletion | 12 | | 21 Repairs and maintenance | 21 2640/ 11,994. |
| 13 Depreciation and section 179 | 13 ✓ | 2,534. | 22 Supplies | 22 |
| 14 Employee benefit programs | 14 | | 23 Taxes and licenses | 23 1107/ 1,007. |
| 15 Insurance | 15 ✓ | 235. | 24a Travel | 24a |
| 16 Interest: | | | 24b Meals and entertainment | |
| 16a Mortgage | 16a | 12304/ 12,373. | 24c Enter 20% of line 24b | |
| 16b Other | 16b | 5137/ 3,142. | 24d Subtract line 24c from line 24b | 24d |
| 17 Legal and professional services | 17 | | 25 Utilities | 25 2631/ 2,743. |
| 18 Office expense | 18 | 7886/ 9,311. | 26 Wages | 26 |
| | | | 27 Other expenses | 27 130,156. |

| | | |
|---|---|---|
| 28 Total expenses | 28 | 181,769. |
| 29 Tentative profit (loss) | 29 | 7,054. |
| 30 Expenses for business use of your home | 30 | |
| 31 Net profit or (loss) | 31 | 7,054. |

32. If you have a loss, check the box: 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk.

D181 For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule C (Form 1040) 1993
Copyright ChipSoft U.S., Inc. — FDIZ0112 11/24/93

A-176

1448

*CORRECTED Schedule C-1* **E-4**

Schedule C (Form 1040) 1993  CHARLES J THURSTON                                    8426          Page 2

*Audited*

| **Part III** | **Cost of Goods Sold** | | |
|---|---|---|---|
| 33 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 33 | |
| 34 | Purchases less cost of items withdrawn for personal use | 34 | |
| 35 | Cost of labor. Do not include salary paid to yourself | 35 | |
| 36 | Materials and supplies | 36 | |
| 37 | Other costs | 37 | |
| 38 | Add lines 33 through 37 | 38 | |
| 39 | Inventory at end of year | 39 | |
| 40 | Cost of goods sold. Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | |

**Part IV**  **Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business.

41  When did you place your vehicle in service for business purposes? (month, day, year)  ▸ _____ .

42  Of the total number of miles you drove your vehicle during 1993, enter the number of miles you used your vehicle for:

a Business _____  b Commuting _____  c Other _____

43  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . ☐ Yes  ☐ No

44  Was your vehicle available for use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

45 a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No
   b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**Part V**  **Other Expenses.** List below business expenses not included on lines 8 - 26 or line 30.

| | | |
|---|---|---|
| JANITORIAL SERVICE | ✓ 2253/ | 1,598. |
| TELEPHONE | ✓ 3628/ | 2,703. |
| OFFICE MANAGEMENT FEE - OUTSOURCED- REPORTED TOSCH. C-5 | ✓ 31200/ | 31,200. |
| MAINTENANCE EXPENSE | ✓ 7368/ | 3,738. |
| THURSTON R & D BUS. SERVICE EXP. REPORTED.TO SCH.C-3 | ✓ | 18,823. |
| THURSTON PUBLICATION BUS. EXPENSE REPORTED TO SCH. C-4 | ✓ | 9,442. |
| THURSTON PHYSICIAN'S SERVICE BUS. EXPENSE REPORTED TO SCH.C-1 | ✓ | 62,652. |
| | | |
| | | |
| 46 Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . | 46 | 130,156. |

Schedule C (Form 1040) 1993

Copyright ChipSoft U.S., Inc.                       FDIZ0112  11/17/93

*A-177*

# SCHEDULE C
# (Form 1040)

Department of the Treasury
Internal Rev. Service (99)

## Profit or Loss From Business
### (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.
▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1994**

Attachment
Sequence No 09

Name of proprietor  CHARLES  J  THURSTON

Social security number (SSN)

████-8426

| | |
|---|---|
| A  Principal business or profession, including product or service (see page C-1)  SALES, MGMT. MARKETING  SERVICE | B  Enter principal busn. code ▶  7265 |
| C  Business name. If no separate business name, leave blank.  THURSTONS' S. M. & M CONSULTING | D  Employer ID no. (EIN), if any  N/A |

E  Business ▶ 427 OAK LANE
address.
City, State, ZIP   KINGSTON          OH 9217

F  Accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____

G  Method(s) used to value closing inventory:  (1) ☐ Cost  (2) ☐ Lower of cost or market  (3) ☐ Other (attach explanation)  (4) ☒ Does not apply (if checked, skip line H)

| | Yes | No |
|---|---|---|
| H  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | | X |
| I  Did you "materially participate" in the operation of this business during 1994? If "No," see page C-2 for limit on losses | X | |
| J  If you started or acquired this business during 1994, check here | | ▶ |

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ | 1 | 185,314. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 185,314. |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 185,314. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 185,314. |

## Part II  Expenses.  Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 0. | 19 Pension & profit-sharing plans | 19 | 0. |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 0. | 20 Rent or lease (see page C-3) | | |
| 10 | Car and truck expenses (see page C-3) | 10 ✓ | 9,672. | a Vehicles, machinery, & equip. | 20a | 0. |
| | | | | b Other business property | 20b | 0. |
| 11 | Commissions and fees | 11 | 0. | 21 Repairs and maintenance | 21 5346 / | 4,100. |
| 12 | Depletion | 12 | 0. | 22 Supplies (not included in Part III) | 22 14478 / | 12,560. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 2817 / | 2,611. | 23 Taxes and licenses | 23 971 / | 950. |
| | | | | 24 Travel, meals, & entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 0. | a Travel | 24a | 0. |
| 15 | Insurance (other than health) | 15 ✓ | 268. | b Meals and entertainment | 0. | |
| 16 | Interest: | | | c Enter 50% of line 24b subject to limitations (see pg. C-4) | 0. | |
| a | Mortgage (paid to banks, etc.) | 16a ✓ | 12,098. | d Subtract line 24c from line 24b | 24d | 0. |
| b | Other | 16b | 0. | 25 Utilities | 25 1502 / | 1,374. |
| 17 | Legal and professional services | 17 | 0. | 26 Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 ✓ 2676 / | 0. | 27 Other expenses (from line 46 on page 2) | 27 | 127,629. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 171,262. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 14,052. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | 0. |
| 31 | Net profit or (loss). Subtract line 30 from line 29 | | | | | |
| | • If a profit, enter on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | | | | 31 | 14,052. |
| | • If a loss, you MUST go on to line 32. | | | | | |

| | |
|---|---|
| 32  If you have a loss, check the box that describes your investment in this activity (see page C-5). | |
| • If you checked 32a, enter the loss on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk |
| • If you checked 32b, you MUST attach Form 6198. | 32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule C (Form 1040) 1994

H-733   C12   NTF 6716

Copyright Forms Software Only, 1994 Nelco, Inc.  N94SCHC1

A-178

Schedule C (Form 1040) 1994   Page 2

**Part III**   Cost of Goods Sold (see page C-5)

| | | |
|---|---|---|
| 33 Inventory at beginning of year. If different from last year's closing inventory, attach explanation. | 33 | 0. |
| 34 Purchases less cost of items withdrawn for personal use | 34 | 0. |
| 35 Cost of labor. Do not include salary paid to yourself. | 35 | 0. |
| 36 Materials and supplies | 36 | 0. |
| 37 Other costs | 37 | 0. |
| 38 Add lines 33 through 37 | 38 | 0. |
| 39 Inventory at end of year | 39 | 0. |
| 40 Cost of goods sold. Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | 0. |

**Part IV**   Information on Your Vehicle. Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

41 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

42 Of the total number of miles you drove your vehicle during 1994, enter the number of miles you used your vehicle for:

a Business _____ 0.   b Commuting _____ 0.   c Other _____ 0.

43 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

44 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

45a Do you have evidence to support your deduction? ☐ Yes ☐ No
  b If "Yes," is the evidence written? ☐ Yes ☐ No

**Part V**   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| Amortization expense | | 0. |
| FUEL FOR MAINTENCE RUNWAY | ✓ 3020 | 2,534. |
| JANITORIAL SERVICE OFFICE | ✓ | 1,598. |
| CHILICOTHE TELEPHONE CO. | ✓ | 3,346. |
| OFFICE MANAGEMENT FEE- OUTSOURCE- TO SCH SP-C-1 | ✓ | 31,200. |
| THURSTON R&D BUS. SERVICE EXP. REPORTED To SCH. C-3 | ✓ | 18,531. |
| THURSTON PUBLICATION BUS. EXP REPORTED To SCH. C-4 | ✓ | 9,266. |
| THURSTON PHYSIXCIAN SERVICE BUS. EXP. Reported To C-1 | ✓ | 61,154. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| 46 Total other expenses. Enter here and on page 1, line 27 | 46 | 127,629. |

H733   C12   NTF 6717

Copyright Forms Software Only, 1994 Nelco, Inc. N94SCHC2

A-179

# EXHIBIT    H

**EXHIBIT** I

**Internal Revenue Service**
Area Director

Date: OCT 1 6 2002

**Department of the Treasury**
550 Main Street, Room 7-511
Cincinnati, OH  45202

**Taxpayer Identification Number:**
[redacted]8426
**Form:**
1040
**Tax Period(s) Ended and Claim Amount:**
December 31, 1993    $23,601.00

**Date Claim Received:**
March 7, 2001
**Person to Contact:**
Mrs. J. Bridges
**Contact Telephone Number:**
(513) 263-4047
**Employee Identification Number:**
31-02683
**Last Date to Respond to this Letter:**
NOV 1 6 2002

Charles J. and Therese Ann Thurston
427 Oak Lane
Kingston, OH  45644

Dear Mr. & Mrs. Thurston:

We have examined your claim and propose:

☐    Partial disallowance, as shown in the enclosed examination report.  If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form*, and Form 3363, *Acceptance Form*.

☐    Full Disallowance, as shown in the enclosed examination report or at the end of this letter.  If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form*, and Form 3363, *Acceptance Form.*

☒    Full disallowance with additional tax due, as shown in the enclosed examination report. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form*, and the examination report.

*Note: If your claim involves a joint return, both taxpayers must sign the form(s).*

If you are a "C" Corporation filer, Section 6621(c) of the Internal Revenue Code provides for an interest rate 2% higher than the standard interest rate on deficiencies of $100,000 or more.

If you don't agree with our findings, you may request a meeting or telephone conference with the supervisor of the person identified in the heading of this letter.  If you still don't agree with our findings, we recommend that you request a conference with our Appeals Office.  If you request a conference, we will forward your request to the Appeals Office and they will contact you to schedule an appointment.

**Letter 569 (Rev. 9-2000)**
Catalog Number 40248G

If the proposed change to tax is:

- $25,000 or less for *each* reference tax period; you may send us a letter requesting Appeals consideration, indicating what you don't agree with and the reason why you don't agree.

- More than $25,000 for *any* referenced tax period; you must submit a formal protest.

The requirements for filing a formal protest are explained in the enclosed Publication 3498, *The Examination Process.* Publication 3498 also include information on your *Rights as a Taxpayer* and the *IRS Collection Process.*

If you don't respond by the date shown in the heading of this letter, we will process your case based on the adjustments shown in the enclosed examination report or the explanations given at the end of this letter.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

Karen Edwards
Manager

for Jeffrey J. Basalla
Director, Compliance Area 6
Small Business/Self-Employed

Enclosures:
☒ Examination Report
Form 2297
☐ Form 3363
Publication 3498
Envelope

jlb

Letter 569 (Rev. 9-2000)
Catalog Number 40248G

**EXHIBIT** J



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

December 18, 2003

Joseph B. Mansour, CPA
7248 Basswood Drive
West Chester, OH 45069

RE: Charles J. & Therese A. Thurston
Form 1040 Tax Year 1993

Dear Mr. Mansour:

This letter is to advise you we will be closing the claim case regarding the 1993 return
for your clients Charles and Therese Thurston with a full disallowance of the deductions
claimed on the amended Form 1040X for tax year 1993. A review of the examination
documentation provided and that provided at the manager's conference held on
November 12, 2002 supports the IRS position for all issues addressed in our claim
disallowance report dated October 1, 2002. A copy of this report and explanations of
adjustments are enclosed for your reference. It remains our position that the filing of an
amended return with separate Schedule C businesses was for the purpose of claiming
deductions for commuting mileage, business use of the home, and other personal
expenses that do not meet the criteria of ordinary, necessary business expenses of IRC
Section 162.

You may contact me at (513) 263-4042 or write to me at: Internal Revenue Service;
P.O. Box 476, Room 7511; Cincinnati, Ohio 45201; Attention: K. Swartz S:C:6:CIN2:2.

Sincerely,

*Karen L Swartz*

Karen L. Swartz
Group Manager #31-07747

Enclosures: Claim disallowance report
Publication 3498

cc: Charles J. Thurston
Therese Ann Thurston

**EXHIBIT**    K

| Form **872** (Rev. January 2001) | Department of the Treasury-Internal Revenue Service **Consent to Extend the Time to Assess Tax** | In reply refer to: S:C:A6:CIN2:2:JLB Taxpayer Identification Number ~~████~~-8426 |
|---|---|---|

**CHARLES J. THURSTON and THERESE ANN THURSTON**
*(Name(s))*

taxpayer(s) of   427 Oak Lane, Kingston, Ohio 45644
*(Number, Street, City or Town, State, ZIP Code)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal    Income    tax due on any return(s) made by or
*(Kind of tax)*

for the above taxpayer(s) for the period(s) ended December 31, 1993

may be assessed at any time on or before    December 31, 2004   . However, if
*(Expiration date)*

a notice of deficiency in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends.

**RECEIVED**
**INTERNAL REVENUE SERVICE**
**DEC 2 3 2003**
SB/SE - FIELD COMPLIANCE
AREA 6, CINCINNATI TERRITORY 2
GROUP 1, CINCINNATI, OHIO

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE ➤ CHARLES J. THURSTON   *(Date signed)*

SPOUSE'S SIGNATURE ➤ THERESE ANN THURSTON   *(Date signed)*

TAXPAYER'S REPRESENTATIVE SIGN HERE ➤ JOSEPH B. MANSOUR – CPA & POA   12-19-03 *(Date signed)*

CORPORATE NAME ➤

CORPORATE OFFICER(S) SIGN HERE ➤ *(Title)*   *(Date signed)*
➤ *(Title)*   *(Date signed)*

INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

Jeffrey J. Basalla    Director, Compliance Area 6, Small Business/Self-Employ
*(Division Executive Name - see instructions)*   *(Division Executive Title - see instructions)*

BY Michelle Davis Actg Mgr for KL Swatty   12/30/03
*(Authorized Official Signature and Title - see instructions)*   *(Date)*

*(Signature instructions are on the back of this form)*   www.irs.gov   Catalog Number 20755I   Form **872** (Rev. 1-2001)