UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHARLES J. THURSTON and<br>THERESE A. THURSTON,<br><br>  Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant/Counter-claim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  Civil No. C-1-02-363<br>)<br>)  Hon. Timothy S. Hogan<br>)<br>) |

**NOTICE OF SUBPOENA**

The United States of America hereby gives notice that a subpoena (a copy of which is attached) has been issued to Joseph B. Mansour.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    JAN M. HOLTZMAN
    Assistant U.S. Attorney

    / s/ Michael W. Davis
    MICHAEL W. DAVIS
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 55
    Washington, D.C. 20044
    Telephone: (202) 307-6010
    Fax: (202) 514-5238
    E-mail: Michael.W.Davis@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has this 19th day of March, 2004, been made upon the following by depositing a true copy thereof in the United States mail, postage prepaid, addressed to: Charley Hess, Esquire, 1520 Old Henderson Road, Suite 102A, Columbus, Ohio 43220.

/ s/ Michael W. Davis
MICHAEL W. DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-6010
Fax: (202) 514-5238
E-mail: Michael.W.Davis@usdoj.gov