UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHARLES J. THURSTON, and | ) | |
| THERESE A. THURSTON, | ) | |
| | ) | |
| Plaintiffs/Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | Civil No. C-1-02-363 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Timothy S. Hogan |
| | ) | |
| Defendant/Counter-claim Plaintiff. | ) | |

ORDER

This matter having come before the Court on a JOINT MOTION TO ADJOURN FINAL

PRETRIAL CONFERENCE AND TRIAL (Doc. 25), and the Court having reviewed the papers

and being otherwise informed,

IT IS HEREBY ORDERED that the motion is granted.  A telephonic scheduling

conference will be conducted to reset the final pretrial and trial dates on:

**Friday, October 1, 2004, at 11:00 am**

IT IS FURTHER ORDERED that the parties in this matter shall initiate contact with the

Court five minutes prior to 11:00 am at 513-564-7650.

SO ORDERED:


____8/26/2004_____          _____s/Timothy S. Hogan_____
Dated.                             TIMOTHY S. HOGAN
                                   United States Magistrate Judge