UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles J. Thurston, et al.,
    Plaintiffs,

       v.                           Case No.  1:02cv363
                                          (Hogan, M.J.)

United States of America,
    Defendant.

**CALENDAR ORDER**

This case shall proceed as follows:

1. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC***

2. Final pretrial conference: **March 18, 2005, at 9:30 am**

3. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

4. Jury Trial: **April 18, 2005, at 9:30 am, courtroom to be determined**

IT IS SO ORDERED.


Date   10/1/2004                            s/Timothy S. Hogan
bac    October 1, 2004                 Timothy S. Hogan
                                            United States Magistrate Judge

*You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at:
                                        www.ohsd.uscourts.gov

Click on Judges, Judge Hogan and then Forms and Procedures. If you do not have the ability to access the Website for the Judge's procedures and forms, please contact the Clerk's Office in Room 103 of the Potter Stewart US Courthouse.