UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles J Thurston, et al.,
    Plaintiff(s),

        v.                              Case No. 1:02cv0363
                                        (Hogan, M.J; Consent Case)
United States of America,
    Defendant(s).

**NOTICE**

    Please take notice that the above-captioned case which had been set for a Final Pretrial Conference on March 18, 2005 at 9:30 am, will be reset before the Honorable Timothy S. Hogan **on that same day of March 18, 2005 at 11:30 am** in Room 706, Potter Stewart U.S. Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio.

                                          Timothy S. Hogan
                                          United States Magistrate Judge


                                          S/Arthur W. Hill
                                          Arthur W. Hill
                                          Courtroom Deputy

cc:    All counsel
      awh        March 10, 2005