UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHARLES J. THURSTON, and<br>THERESE A. THURSTON,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Counter-claim Plaintiff. | Civil No. C-1-02-363<br><br>Hon. Timothy S. Hogan |

### AGREED JUDGMENT

The Court has determined that judgment should be entered consistent with the agreement of the Plaintiffs, Charles J. and Therese A. Thurston, and Defendant, United States of America, which resolves the Plaintiffs' Complaint and the United States' Counterclaim. Accordingly, it is ORDERED that:

1. Plaintiffs' Amended Complaint is dismissed with prejudice.

2. Plaintiffs, Charles J. Thurston and Therese A. Thurston, are indebted to the United States in the amount of $38,843.00, plus interest and statutory additions according to law from February 12, 2001, the date that the foregoing amount was erroneously issued to them for tax year ending December 31, 1995, until the judgment is paid.

3. Each party shall be liable for its own costs of litigation and attorneys' fees.

SIGNED: This 29th day of March, 2005.

TIMOTHY S. HOGAN
United States Magistrate Judge

AGREED:

*/s/ Charley Hess*

CHARLEY HESS, ESQUIRE
7211 Sawmill Road
Suite 200
Dublin, Ohio 43016
Telephone: (614) 442-5800
Fax: (614) 442-5802
E-mail: charley@charleyhess.com

ATTORNEY FOR PLAINTIFFS

*/s/ Michael Davis*

MICHAEL W. DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-6010
Fax: (202) 514-5238
E-mail: Michael.W.Davis@usdoj.gov

ATTORNEY FOR UNITED STATES